IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                    Criminal No. 1:05-10060-01-T

DEMARCO HUGHES

<u>ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY
EXCLUDABLE UNDER SPEEDY TRIAL ACT</u>

Upon motion of counsel for the defendant the trial date of November 2, 2005, is continued to allow counsel for the defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **Tuesday, November 29, 2005 at 8:45 A.M.** and **re-set** the **TRIAL DATE** for **Monday, December 12, 2005 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of November 2, 2005 to December 12, 2005, as excludable delay under Title 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 28 October 2005

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 11/2/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:05-CR-10060 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT