IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                                             No. 05-10060-T

DEMARCO HUGHES,

    Defendant.

## ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant, with no objection from the government and for good cause shown, the report date which is currently scheduled for November 29, 2005, and the trial date which is currently scheduled for December 12, 2005, are hereby continued. The defendant contends that additional time is needed to prepare for trial.

The court finds that defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from December 12, 2005, to February 6, 2006, at 9:30 A.M.</u> The resulting period of delay, from December 12, 2005, to February 6, 2006, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for January 30, 2006, at 8:30 a.m.

    IT IS SO ORDERED.

                                                       _James D. Todd_
                                                       JAMES D. TODD
                                                       UNITED STATES DISTRICT JUDGE

                                                       28 November 2005
                                                       DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __12/1/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CR-10060 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT